IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BASIL SANFORD                                                                                           PLAINTIFF

       v.                                          Civil No. 13-2190

JAIL ADMINISTRATOR PETER
PETERSON, Johnson County Detention
Center; and JAILER CHAD QUEEN                                                              DEFENDANTS

### REPORT AND RECOMMENDATION OF THE MAGISTRATE JUDGE

This is a civil rights action filed by the Plaintiff pursuant to 42 U.S.C. § 1983. Plaintiff proceeds *pro se* and *in forma pauperis.*

By order (Doc. 32) entered on August 20, 2014, Plaintiff was directed to advise the Court whether he intended to respond to the Defendants' summary motion on his own or would be requesting assistance in the form of a questionnaire. Plaintiff's response was due by September 19, 2014.

Plaintiff did not respond to the order (Doc. 32). He did not file a response to the summary judgment motion (Doc. 29).

On October 1, 2014, a show cause order (Doc. 33) was entered. Plaintiff was given until October 17, 2014, to show cause why this case should not be dismissed based on his failure to comply with an order of the Court and his failure to respond to the summary judgment motion.

To date, the Plaintiff has not responded to the show cause order. He has not requested an extension of time to respond to the order. Plaintiff has not communicated with the Court in anyway. No mail has been returned as undeliverable.

I therefore recommend that the complaint be dismissed with prejudice based on the Plaintiff's

failure to obey an order of the Court, his failure to respond to the summary judgment motion, and his failure to prosecute his case. Fed. R. Civ. P. 41(b).

**The parties have fourteen (14) days from receipt of the report and recommendation in which to file written objections pursuant to 28 U.S.C. § 636(b)(1). The failure to file timely objections may result in waiver of the right to appeal questions of fact. The parties are reminded that objections must be both timely and specific to trigger de novo review by the district court.**

DATED this 13th day of January 2015.

/s/ *Mark E. Ford*
HON. MARK E. FORD
UNITED STATES MAGISTRATE JUDGE