IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

BASIL SANFORD                                                                    PLAINTIFF

V.                              CASE NO. 2:13-CV-2190

PETER PETERSON, Jail Administrator; and
CHAD QUEEN, Jailer                                                               DEFENDANTS

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 34) filed in this case on January 13, 2015, by the Honorable Mark E. Ford, United States Magistrate for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds as follows: the Report and Recommendation is proper and should be and hereby is **ADOPTED**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, Defendant's Motion for Summary Judgment (Doc. 29) is **GRANTED**; however, this matter is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** on this 20th day of February, 2015.

_____
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE